the Court of Appeals denied. (*Middleton* v. *Boardman*, 240 N. Y. 552.) Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ELLA GRAY DI SCALA, Respondent, v. ISIDORE GAINSBURG, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

FRONTENAC HOTEL COMPANY, INC., Respondent, v. MAX SCHWARZ and Others, Defendants, and HARRY PECK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

THOMAS S. GILLIS, Respondent, v. PIRRIKA SERVICE, INC., and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of NICOLA CAPONI and Others, Appellants, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals, and Others, Respondents.— Motion of defendant Proc Building Corporation for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of NICOLA CAPONI and Others, Appellants, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals, and Others, Respondents.— Motion of defendants William E. Walsh and others, constituting the board of standards and appeals, for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JEANNE KOROWITZ, Appellant, v. IRVING KOROWITZ, Respondent.— Motion to dismiss appeals withdrawn. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., taking no part.

MINNIE LIPSHITZ, Respondent, v. LOUIS LIPSHITZ, Appellant.— Motion for reargument granted and on reargument judgment reversed upon the law and new trial granted, without costs. While upon this record we are of opinion that plaintiff has failed to prove facts sufficient to constitute a cause of action, the record discloses that upon a new trial plaintiff may be able to present other facts to make out a cause of action. Findings of fact numbered 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17 and 18, and conclusions of law numbered 1 and 2 are reversed. Lazansky, P. J., Hagarty, Carswell and Scudder, JJ., concur; Young, J., dissents and votes to affirm.

MARTIN L. O'HARA, Respondent, v. BRONX CONSUMERS ICE COMPANY, Appellant.— Motion to resettle order dated January 27, 1930, granted, and order resettled by striking therefrom the words " and the facts." Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DEVIN, Appellant.— Motion for leave to submit appeal on original papers denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK P. REHILL, Appellant.— Motion to dismiss appeal, being unopposed, granted, and appeal dismissed. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.